## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Douglas E. Porrini, a Law Enforcement Officer with the Federal Bureau of Investigation, being duly sworn, deposes and states:

### INTRODUCTION

1. Affiant is an "Investigative or Law Enforcement Officer" within the meaning of Title 18, United States Code, Section 2510(7) as a Special Agent (SA) of the FBI. I am empowered by law to conduct investigations of, and make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I have been employed by the FBI since June of 2002, and have been assigned to the Cleveland Division, Akron Resident Agency, since February 2010. I have been assigned responsibilities to investigate Federal crimes involving narcotics, gangs, money laundering, and general criminal matters. At all times during the investigation described in this affidavit, Affiant has been acting in an official capacity as a Special Agent of the FBI. Prior to employment with the FBI, I was a police officer in the Village of Silver Lake, Ohio for three years and a Police Officer with the City of Twinsburg, Ohio for ten years.

3. Affiant alleges the facts and circumstances contained in this affidavit show probable cause that **DONTAYSHA S. GIBSON**

and **DERRICK A. ADAMS** have committed and/or are currently committing offenses involving violations of Title 21, United States Code, Section 841(a)(1), that is, knowingly and intentionally distributing and possessing with the intent to distribute Fentanyl, and Title 21, United States Code, Section 846, that is, conspiracy to distribute and to possess with the intent to distribute Fentanyl, and Title 18, United States Code, Section 924 (c), possession of a firearm in the furtherance of a drug trafficking crime.

4. I am submitting this affidavit in support of complaints and arrest warrants charging **DONTAYSHA S. GIBSON** and **DERRICK A. ADAMS** with knowingly and intentionally possessing with the intent to distribute and conspiracy to distribute approximately 200 grams of Fentanyl in violation of Title 21, United States Code, Sections 841(a)(1) and 846; possessing a firearm, more specifically a Smith and Wesson 9mm semi-automatic pistol, serial number MRH7889, which contained a magazine containing 12 rounds of ammunition and a Rossi .38 caliber revolver, which contained 5 rounds of ammunition, in the furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924 (c).

## BASIS OF INFORMATION

5. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by members of the

Greater Akron Area Safe Streets Task Force (a multi-agency federal and local task force hereinafter referred to as AASSTF), Internal Revenue Agents, United States Postal Inspectors, or other law enforcement agents or officers. Unless otherwise noted, whenever in this Affidavit your affiant asserts that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom your affiant has spoken or whose report your affiant has read and reviewed. Likewise, information resulting from physical surveillance, except where otherwise indicated, does not necessarily set forth my observation, but rather has been provided directly or indirectly through members of the Task Force, other FBI Special Agents, or other law enforcement officers who conducted the surveillance. Likewise, any information pertaining to vehicles and/or registrations, personal data on subjects, and record checks has been obtained through the Law Enforcement Automated Data System (LEADS) from the State of Ohio or the National Crime Information Center (NCIC) computers.

6. Because this Affidavit is being submitted for the limited purpose of showing probable cause to obtain complaints and arrest warrants for **DONTAYSHA GIBSON** and **DERRICK ADAMS**, your affiant has not included each and every fact known to him concerning the investigation. Your affiant has only set forth

the facts that he believes are necessary to establish the foundation for the requested arrest warrant.

## BACKGROUND OF THE INVESTIGATION

8. In 2016, members of the Akron Police Department (APD) Narcotics Unit and the FBI Greater Akron Areas Safe Streets Task Force (GAASSTF) began investigating Donte Gibson and Audrey Gibson following an attempted controlled narcotics purchase by Donte Gibson. The investigation has established that the Gibsons are distributing Fentanyl and/or Carfentanil in the Akron and other cities within the State of Ohio.

9. Donte and Audrey Gibson supply-street level to mid-level drug dealers in the Akron and Lorain, Ohio area with 100 to 200 gram amounts of Fentanyl, Carfentanil, and/or heroin. The GIBSON DTO (Drug Trafficking Organization) is comprised of the leaders Donte and Audrey Gibson and their associates which includes **DONTAYSHA GIBSON** (Donte Gibson's daughter), **DERRICK ADAMS** and others known to the members of the investigative team.

10. Investigators with the FBI and APD have received information concerning the personnel and operation of the aforesaid illegal narcotics business from an undisclosed individual (whose identity is known to me), hereinafter referred to as CS-3. CS-3 has a criminal history which includes drug abuse, theft and burglary. I believe CS-3's information is

4

reliable because CS-3 has furnished information to law enforcement since December 2017 that has been corroborated by independent investigation by the FBI, IRS, USPS and APD, and by other confidential sources and witnesses. CS-3 is receiving money for his/her services. CS-3 gained his knowledge about the members of the GIBSON DTO through observation of activities and personal relationships.

11. CS-3 believes DONTAYSHA GIBSON, and her boyfriend DERRICK ADAMS, are selling Fentanyl/Carfentanil provided by Donte and Audrey Gibson. CS-3 knows DONTAYSHA resides at 780 Shadybrook Dr., Akron, OH. CS-3 has observed ADAMS at 780 Shadybrook Dr., Akron, OH. CS-3 has observed Fentanyl/Carfentanil, packaged for sale at 780 Shadybrook Dr., Akron, OH, on several occasions with the last time being within the last couple months. CS-3 observed ADAMS carrying a gun in February 2018.

12. On February 7, 2018, Magistrate Judge Kathleen B. Burke, United States District Court for the Northern District of Ohio, signed a search warrant authorizing the search of 780 Shadybrook Dr., Apartment F, Akron, OH. This location is the primary residence of DONTAYSHA GIBSON.

13. On February 8, 2018, at approximately 8:50 a.m., members of the investigative team observed DONTAYSHA GIBSON exiting the apartment, entering her vehicle and then driving

5

away from the residence. The investigators did not observed any additional persons leaving or entering the residence after **GIBSON** departed.

14. On February 8, 2018, at approximately 10:25 a.m., investigators executed the Federal search warrant at 780 Shadybrook Dr., Apartment F, Akron, OH. As investigators entered the residence, they discovered **DERRICK ADAMS** on the bed in the master bedroom, with a garage door opener in his pocket.

15. During the search of the master bedroom, investigators located a Smith and Wesson 9mm semi-automatic pistol, serial number MRH7889, which contained a magazine containing 12 rounds of ammunition on the floor next to the bed. In the top drawer of the dresser, investigators found a Rossi .38 caliber revolver, which contained 5 rounds of ammunition, under $17,708 in U.S. currency. Additionally, in another dresser drawer in the master bedroom, investigators located a plastic bag containing approximately 28.8 grams of a white powder which field tested positive for Fentanyl. Inside the same drawer as the Fentanyl, investigators located several pieces of mail addressed to **DONTAYSHA GIBSON,** and two spoons and a lighter. Investigators also located a silver digital scale on top of the dresser containing the Fentanyl.

16. Also in the Master bedroom, next to the dresser, was a suitcase that contained a plastic bag with approximately 194 grams of a green leafy substance believed to be marijuana.

17. Investigators located a purse with rubber gloves and two spoons with residue in another room in the residence.

18. Additionally, investigators searched the garage associated with the Shadybrook apartment, utilizing the garage door opener found in **ADAMS'** pocket. Inside the garage investigators located two vehicles. One of the vehicles was a 2012 Chrysler with Ohio registration HHB9645. Investigators observed a large plastic bag on the driver's side floor. Inside the bag investigators located $82,390 in U.S. currency sitting on top of a Louis Vuitton canvas bag. Inside the canvas bag investigators located three knotted plastic bags. The three knotted plastic bags contained approximately 173 grams of a white powder, believed to be Fentanyl. Investigators also located a black bag in the trunk of the vehicle that contained five plastic bags with approximately 2,352 grams of a green leafy substance believed to be marijuana.

19. Inside the vehicle, investigators also located opened mail addressed to **DONTAYSHA GIBSON** and **DERRICK ADAMS**. Additionally, the investigators found vehicle maintenance records with customer name being **DERRICK ADAMS** and a chair in

the trunk with the name **DONTAYSHA GIBSON** handwritten on the outside.

## CONCLUSION

20. Based on the aforementioned factual information, Affiant respectfully submits that there is probable cause to support a complaint and arrest warrant charging **DONTAYSHA S. GIBSON** and **DERRICK A. ADAMS II** with conspiracy to distribute and to possess with the intent to distribute Fentanyl, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; possession of a firearm in the furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924 (c).

21. Affiant, therefore, respectfully requests the attached complaint and arrest warrant be issued authorizing the arrest of **DONTAYSHA S. GIBSON** and **DERRICK A. ADAMS II**.

_____
SA Douglas E. Porrini
Federal Bureau of Investigation

Sworn to and subscribed before me this 14th day of February, 2018.

_____
Kathleen B. Burke
U.S. Magistrate Judge

8