UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  5:18MJ1043 |
| | ) | |
| Plaintiff | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| | ) | |
| vs. | ) | **ORDER OF DETENTION PENDING** |
| | ) | **HEARINGS** |
| | ) | |
| DONTAYSHA S. GIBSON | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

It is hereby ordered that, pursuant to the agreement of counsel, the preliminary examination and detention hearing are rescheduled and will be held on Tuesday, February 27, 2018, at 10:00 a.m. before U.S. Magistrate Judge Kathleen B. Burke, John F. Seiberling Federal Building & U.S. Courthouse, Courtroom No. 400, 2 S. Main Street, Akron, Ohio.

It is further ordered, pending these hearings, the Defendant shall be held in custody by the United States Marshal and shall be produced for the hearings.

**IT IS SO ORDERED.**


Dated: February 21, 2018                    ___*/s/George J. Limbert*_____
                                            GEORGE J. LIMBERT
                                            U.S. MAGISTRATE JUDGE